### J. T. LA PRADE, Appellant, v. H. A. STEPHENSON, Appellee.

### No. 10195.

Court of Civil Appeals of Texas. San Antonio.

Dec. 1, 1937.

Rehearing Denied Jan. 5, 1938.

Henry, Bickett & Bickett, of San Antonio, for appellant.

Sidney P. Chandler, of Corpus Christi, for appellee.

SMITH, Chief Justice.

Affirmed without written opinion (Associated Indemnity Corporation et al. v. Gatling, Tex.Civ.App., 75 S.W.2d 294), on authority of 31 Tex.Jur. p. 366, § 6 et seq.